Nos. 2022-1455, -1456

In the

# United States Court of Appeals
# for the Federal Circuit

**COREPHOTONICS, LTD.,** *Appellant,*

v.

**APPLE INC.,** *Appellee.*

———————

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00861, IPR2020-00862

———————

## APPELLANT COREPHOTONICS, LTD.'S
## UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE REPLY BRIEF

———————

Marc A. Fenster
mfenster@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA  90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Patent Owner-
Appellant Corephotonics, Ltd.*

Dated: November 11, 2022

**FORM 9. Certificate of Interest**                                      Form 9 (p. 1)
                                                                          July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2022-1455, 2022-1456 |
| **Short Case Caption** | Corephotonics, Ltd. v. Apple Inc. |
| **Filing Party/Entity** | Corephotonics, Ltd. |

> **Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/11/2022

Signature: /s/ Neil A. Rubin

Name: Neil A. Rubin

**FORM 9. Certificate of Interest**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| Corephotonics, Ltd. | | Samsung Electronics Benelux B.V. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| Jonathan Link (of Russ August & Kabat) | | |
| C. Jay Chung (formerly of Russ August & Kabat LLP) | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| Corephotonics, Ltd. v. Apple Inc., Case No. 5:19-cv-04809 (N.D. Cal.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

As provided for by Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Patent Owner and Appellant Corephotonics Ltd. files this unopposed motion for extension of time and respectfully requests a fourteen-day extension, until and including December 2, 2022 to file its reply brief.

Following an unopposed motion for extension, Appellee Apple's response brief was filed and served on October 28, 2022. Appellant has not previously moved to extend the time for its reply brief in this appeal. Appellant was previously granted a total of 60 days of extension for its principal brief in this appeal.

Appellant requests this extension due to numerous deadlines during the relevant briefing period in other matters, including other matters pending before this Court. Pursuant to Federal Circuit Rule 26(b)(2) and 26(b)(3), Corephotonics' counsel informed Appellee Apple's counsel that it would seek this extension on November 8, 2022. Counsel for Apple responded that Apple does not oppose the requested extension. This extension is sought so that justice may be done in the disposition of this appeal and is not sought for purposes of delay.

For the foregoing reasons, Corephotonics respectfully requests that this Court grant its unopposed Motion, and extend the deadline for the filing of Appellant's Reply Brief by 14 days, from November 18, 2022, to December 2, 2022.

Dated: November 11, 2022     Respectfully submitted,

*/s/ Neil A. Rubin*
Marc A. Fenster
mfenster@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Attorneys for Patent Owner-Appellant,
COREPHOTONICS, LTD.

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportion-ally-spaced typeface with serifs and includes 217 words, excluding the parts exempted under those Rules.

Dated: November 11, 2022          Respectfully submitted,

*/s/ Neil A. Rubin*
Neil A. Rubin
nrubin@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Attorneys for Patent Owner-Appellant,
COREPHOTONICS, LTD.