

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER  
CLERK OF COURT

CLERK'S OFFICE  
202-275-8000

November 22, 2022

2022-1455 - Corephotonics, Ltd. v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Response Brief) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- Any reference in a brief to the underlying record or to material authorized to be included in an appendix must be to the corresponding appendix page number(s) and follow the format prescribed by the court's [Electronic Filing Procedures]("Appendix Formatting"). Fed. Cir. R. 28(f); Fed. Cir. R. 29(c).

    *[Clerk's Note: For examples, see "Appx1001-Appx1088" on page 3, etc.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court  
By: A. Kleydman, Deputy Clerk