Nos. 2022-1455, 2022-1456

# United States Court of Appeals for the Federal Circuit

**COREPHOTONICS, LTD.**, *Appellant,*

v.

**APPLE INC.**, *Appellee.*

―――――――

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00861, IPR2020-00862

―――――――

## APPELLANT COREPHOTONICS, LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY BRIEF

―――――――

Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
bledahl@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA  90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Counsel for Appellant Corephotonics, Ltd.*

Dated November 29, 2022

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2022-1455, 22-1456 |
| **Short Case Caption** | Corephotonics, Ltd. v. Apple Inc. |
| **Filing Party/Entity** | Corephotonics, Ltd. |

---

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: November 29, 2022

Signature: */s/ Brian D. Ledahl*

Name: Brian D. Ledahl

FORM 9. Certificate of Interest

Form 9 (p. 2)
July 2020

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities.  Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Corephotonics, Ltd. | | Samsung Electronics Benelux B.V. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

ii

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Jonathan Link (of Russ August & Kabat) | | |
| C. Jay Chung (formerly of Russ August & Kabat LLP) | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☐    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| Corephotonics, Ltd. v. Apple Inc., Case No. 5:19-cv-04809 (N.D. Cal.) | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable          ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

As provided for by Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Patent Owner and Appellant Corephotonics Ltd. files this unopposed motion for extension of time and respectfully requests an additional fourteen-day extension, until and including December 16, 2022 to file its reply brief.

Following an unopposed motion for extension, Appellee Apple's response brief was filed and served on October 28, 2022.

Appellant was previously granted a 14 day extension for its reply brief in this appeal from November 18, 2022 to December 2, 2022.

Corephotonics makes this request less than seven days before the date to be extended due to extraordinary circumstances. Specifically, as set forth in the accompanying declaration of Brian Ledahl, counsel for Corephotonics primarily responsible for preparing the reply brief received a medical diagnosis less than seven days before the current deadline. That diagnosis requires further immediate medical procedures prior to the deadline, rendering him unable to prepare a reply. Consequently, a different attorney will be required to take over preparation of the reply, including to assess the record and prepare the reply. The requested extension will therefore allow Corephotonics to adequately prepare a fulsome reply brief.

Corephotonics contacted counsel for Apple as soon as it learned of this situation. Apple's counsel indicated that it does not oppose this motion.

For the foregoing reasons, Corephotonics respectfully requests that this Court extend the deadline for filing Appellant's reply brief by 14 days, from December 2, 2022 to December 16, 2022.

Dated: November 29, 2022      Respectfully submitted,

*/s/ Brian D. Ledahl*
Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
bledahl@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474

Counsel for Appellant,
Corephotonics, Ltd.

Nos. 2022-1455, 2022-1456

# United States Court of Appeals for the Federal Circuit

**COREPHOTONICS, LTD.**, *Appellant,*

v.

**APPLE INC.**, *Appellee.*

———————

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00861, IPR2020-00862

———————

## DECLARATION OF BRIAN D. LEDAHL IN SUPPORT OF APPELLANT COREPHOTONICS'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ITS REPLY BRIEF

———————

Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd.,12th Floor
Los Angeles, CA  90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Counsel for Appellant Corephotonics, Ltd.*

November 29, 2022

I, Brian D. Ledahl, hereby declare:

1.    I am a partner with Russ August & Kabat, counsel of record for Appellee Corephotonics, Ltd. ("Corephotonics").

2.    Good cause supports Corephotonics's request for a further extension. Counsel for Corephotonics who was principally responsible for preparation of the reply brief, Neil Rubin, received a medical diagnosis on Monday, November 28, 2022 that will require further medical procedures prior to the current December 2, 2022 deadline for filing the reply brief.  These medical issues will prevent Mr. Rubin from being able to prepare the reply brief in this matter. As a consequence, other counsel, including myself, will need to take over the preparation of the reply brief in this matter.  Given the proximity of the current deadline, Corephotonics requires the additional fourteen-day extension to complete its preparation of the reply.  The requested extension will therefore allow Corephotonics to adequately prepare a fulsome reply brief.  As noted above, Mr. Rubin's medical issue arose less than seven days before the current due date, constituting extraordinary circumstances justifying a motion less than seven days before the due date.

3.    Counsel for Corephotonics contacted counsel for Appellant Apple Inc. ("Apple") about this motion, who indicated that Apple would not oppose the motion.

2

4.      The requested extension is submitted in good faith and in view of the foregoing issues and not for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: November 29, 2022          Respectfully submitted,

                                  */s/ Brian D. Ledahl*
                                  Brian D. Ledahl

                                  Counsel for Appellant,
                                  Corephotonics, Ltd.

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the relevant type-volume limitations of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally-spaced typeface and includes 246 words, excluding the parts exempted under those Rules.

November 29, 2022

*/s/ Brian D. Ledahl*
Brian D. Ledahl

*Counsel for Appellant*