Nos. 2022-1455, 2022-1456

# United States Court of Appeals for the Federal Circuit

**COREPHOTONICS, LTD.,** *Appellant,*

v.

**APPLE INC.,** *Appellee.*

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00861, IPR2020-00862

**JOINT STATEMENT OF COMPLIANCE WITH FED. CIR. R. 33**

December 28, 2022

The parties hereby certify that settlement discussions have been conducted in accordance with Federal Circuit Rule 33(a)(1). The parties have not reached an agreement regarding settlement of this appeal.

Dated: December 28, 2022         Respectfully submitted,

*/s/ Marc A. Fenster*              */s/ Erin M.B. Leach*
Marc A. Fenster                   Erin M.B. Leach
mfenster@raklaw.com               ORRICK, HERRINGTON &
Brian D. Ledahl                   SUTTCLIFFE LLP
bledahl@raklaw.com                2050 Main Street, Suite 1100
James S. Tsuei                    Irvine, CA 92614
jtsuei@raklaw.com                 Phone: (949) 567-1100
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th    Mark S. Davies
Floor                             ORRICK, HERRINGTON &
Los Angeles, CA 90025             SUTTCLIFFE LLP
Telephone: 310-826-7474           1152 15th Street NW
                                  Washington DC 20005
Appellant,                        Phone: (202) 339-8400
COREPHOTONICS, LTD.
                                  Attorneys for Appellee
                                  APPLE INC.