

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

January 10, 2023

2022-1455 - Corephotonics, Ltd. v. Apple Inc.

# NOTICE OF NON-COMPLIANCE

Your submitted document (Confidential Appendix) is not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit a corrected version of this document correcting the following:

- The confidential version of the appendix must include at the beginning pertinent excerpts of any statutes imposing confidentiality or the entirety of any judicial or administrative protective order. Fed. Cir. R. 25.1(e)(1)(A).

- The quality of the document reproduced for electronic filing does not meet the required specifications. Fed. R. App. P. 32(b)(2) (appendix).

  *[Clerk's Note: The document has imbedded comments. Documents submitted to the court should be flattened.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in this document being stricken.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court
By: E. Dumont, Deputy Clerk