FORM 32. Response to Notice to Advise of Scheduling Conflicts    Form 32
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 22-1455, 22-1456

**Short Case Caption:** Corephotonics, Ltd. v. Apple Inc.

| **Party Name(s)** | Corephotonics, Ltd. |
|---|---|
| **Name of Arguing Counsel** | Brian D. Ledahl |
| **Dates Unavailable** <br><br> List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case. <br><br> **Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/03/2023 <br> 04/04/2023 <br> 04/05/2023 <br> 04/06/2023 <br> 04/07/2023 <br> 06/09/2023 |
| **Potential Other Conflicts** <br><br> Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Corephotonics, Ltd. v. Apple Inc. Case No. 2022-1340; <br> Apple Inc., v. Corephotonics, Ltd Case No. 22-1325 <br> Realtime Data LLC v. Array Networks Inc. Case No. 21-2251; <br> Realtime Adaptive Streaming LLC v. Sling TV, L.L.C. Case No. 21-2268 |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 01/31/2023        Signature: /s/ Brian D. Ledahl

                        Name:      Brian D. Ledahl

Save for Filing

**Nos. 2022-1455, 2022-1456**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

COREPHOTONICS, LTD.,

*Appellant*

v.

APPLE INC.,

*Appellee.*

On Appeal from the Patent Trial and Appeal Board in
*Inter Partes* Review Nos. IPR2020-00861, IPR2020-00862

**STATEMENT OF GOOD CAUSE**

Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
bledahl@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for Appellant
Corephotonics, Ltd.*

Case: 22-1455   Document: 39   Page: 3   Filed: 01/31/2023

The undersigned hereby states that good cause exists for each of the scheduling conflicts identified in Appellant Corephotonics, Ltd., Response to Notice to Advise of Scheduling Conflicts as follows:

| | |
|---|---|
| April 3-7, 2023 | Final pretrial conference and trial in *Alpine Group v. Gooding & Company*, Case No. 19STCV02637, Los Angeles County Superior Court; |
| June 9, 2023 | Son's High School Graduation. |

Dated: January 31, 2023

Respectfully submitted,

/s/ *Brian D. Ledahl*
Marc A. Fenster
mfenster@raklaw.com
Brian D. Ledahl
bledahl@raklaw.com
Neil A. Rubin
nrubin@raklaw.com
James S. Tsuei
jtsuei@raklaw.com
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Tel: (310) 826-7474
Fax: (310) 826-6991

*Attorneys for
Appellant Corephotonics, Ltd.*